# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156827(65)
156828

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

TERENCE MITCHELL BRUCE,
    Defendant-Appellee.
_____

SC: 156827
COA: 331232
Jackson CC: 15-004687-FH

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

STANLEY LYLE NICHOLSON,
    Defendant-Appellee.
_____/

SC: 156828
COA: 331233
Jackson CC: 15-004688-FH

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their brief is GRANTED. The brief will be accepted as timely filed if submitted on or before August 15, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2018



Clerk